# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet,<br><br>Petitioner,<br><br>v.<br><br>Omni Hotels Management Corporation,<br><br>Respondent. | No. CV-17-01801-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation of Dismissal (Doc. 22), filed on September 15, 2017,

**IT IS ORDERED** granting the Stipulation (Doc. 22) and dismissing this action in its entirety, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 15th day of September, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge